1

2

3

4             UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
5                  AT SEATTLE

6   KENNETH W. TUNCH,

7                          Plaintiff,          C16-5173-TSZ-BAT

8          v.                                  **ORDER**

9   CAROLYN W. COLVIN, Acting
    Commissioner of Social Security,
10

11                         Defendant.

12       The Court, having reviewed the Report and Recommendation of the Honorable

13  Brian A. Tsuchida, United States Magistrate Judge, docket no. 16, to which no objection

14  was timely filed, does hereby find and **ORDER**:

15       1)  The Court **ADOPTS** the Report and Recommendation.

16       2)  The Commissioner's decision is **REVERSED** and the case is **REMANDED** to

17           the Social Security Administration for further proceedings consistent with the

18           Report and Recommendation.[1]

19

20  [1] The Report and Recommendation indicates that the Administrative Law Judge ("ALJ") erred in
    failing to explain why the opinion of Dwight Randolph, LMHC, which was based on objective
21  findings and not purely on plaintiff's subjective complaints, was disregarded.  The ALJ made
    clear, however, that the reason he gave "little weight" to Randolph's assessment, Ex. 27F, was
22  because he believed the evaluation pertained to the period predating the termination of plaintiff's
    benefits on December 13, 2012.  *See* AR 27.  In fact, Randolph's report was dated May 20, 2014,
23  and indicated that plaintiff had been most recently examined on April 18, 2014.  AR 1015, 1022.
    Thus, the ALJ's error was not in failing to provide a basis for rejecting Randolph's opinion, but
    in offering a ground that was not supported by the evidence.

ORDER - 1

3)  The Clerk is directed to send copies of this Order to the parties and to

Magistrate Judge Brian A. Tsuchida.

DATED this 7th day of September, 2016.

Thomas S. Zilly
United States District Judge

ORDER - 2